UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNOR A. DAVIS, | No. 2:16-cv-2906 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| CDCR, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed a motion for a court order for law library access. However, plaintiff's motion crossed in the mail with this court's order requiring him to either pay the required filing fee of $400.00 or to provide the completed application to proceed in forma pauperis within thirty days. Therefore, plaintiff's motion is moot because he presently has a deadline pending in this action. Plaintiff must comply with the January 4, 2017 order on or before February 4, 2017. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 7) is denied without prejudice.

Dated: January 20, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

davi2906.80