UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNOR A. DAVIS, | No. 2:16-cv-2906 MCE KJN P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| CDCR, et al., | |
| Defendants. | |

By an order filed January 4, 2017, plaintiff was ordered to pay the filing fee or file a completed in forma pauperis affidavit and a certified copy of his prison trust account statement, and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order[1] and has not filed the required documents or paid the filing fee.

In accordance with the above, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

---

[1] Plaintiff filed an amended complaint, a notice of his alleged pending release in March of 2017, and a supplement to his complaint, but none of these documents addressed the January 4, 2017 order.

1

1 after being served with these findings and recommendations, any party may file written
2 objections with the court and serve a copy on all parties.  Such a document should be captioned
3 "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the
4 objections shall be filed and served within fourteen days after service of the objections.  The
5 parties are advised that failure to file objections within the specified time may waive the right to
6 appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  February 22, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/davi2906.fifp