UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNOR A. DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-2906 MCE KJN P<br><br><br>ORDER |

Plaintiff, proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 22, 2017, the undersigned recommended that this action be dismissed based on plaintiff's failure to file an application to proceed in forma pauperis or pay the court's filing fee. On March 7, 2017, plaintiff filed objections to the findings, stating that he is now housed at the Colusa County Sheriff's Department, out for court, but that when he was housed at the California Training Facility, Soledad, he "only [had] so much control over what information [he] [could] get." (ECF No. 13 at 1.) Due to a change in procedure, once plaintiff files an application to proceed in forma pauperis, the Californian Department of Corrections and Rehabilitation will provide the certified financial information needed to confirm to the court that plaintiff is eligible for in forma pauperis status. However, plaintiff has not filed and signed such an application.

1

In an abundance of caution, the findings and recommendations are held in abeyance. The Clerk is directed to send plaintiff an application to proceed in forma pauperis by a prisoner. Plaintiff is granted one final extension of time to either pay the filing fee or file a signed and dated application to proceed in forma pauperis. Plaintiff is cautioned that failure to timely comply with this order will result in routing the findings and recommendations to the district judge for adoption and dismissal of this case based on plaintiff's failure to comply with the January 4, 2017 order. (ECF No. 6.)

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one days from the date of this order, plaintiff shall file an application to proceed in forma pauperis that is signed and dated by plaintiff; and

2. The Clerk of the Court shall send plaintiff the instant order and an application to proceed in forma pauperis by a prisoner to his address of record as well as the following temporary address:

>  Connor A. Davis
>  CDCR #AY-5827
>  929 Bridge Street
>  Colusa, CA  95932

Dated:  March 10, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/davi2906.eot

2